UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DARRYL PARKMAN,

   Plaintiff,

v.

WARDEN CHARLES ELLIS, et al.,

   Defendants.

Civ. No. 21-11309 (GC) (DEA)

**MEMORANDUM & ORDER**

**GEORGETTE CASTNER, U.S.D.J.**

  Plaintiff is proceeding *pro se* with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1). On April 11, 2022, this matter was reassigned to the undersigned. (*See* ECF 21).

  On April 22, 2022, mail sent to Plaintiff by this Court was returned as undeliverable. (*See* ECF 22). Indeed, a review of the State of New Jersey Department of Corrections website indicates that Plaintiff was released from prison on March 13, 2022. *See* https://www20.state.nj.us/DOC_Inmate/details?x=1311308&n=0 (last visited on April 23, 2022). Plaintiff is in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

  Accordingly, IT IS on this 27th day of April, 2022,

  ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Plaintiff updates his contact information within thirty (30) days and satisfies the appropriate Rules, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

GEORGETTE CASTNER
United States District Judge