**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARRYL PARKMAN, | : |
| Plaintiff, | : Civ. No. 21-11309 (GC) (DEA) |
| v. | : |
| WARDEN CHARLES ELLIS, et al., | : **MEMORANDUM & ORDER** |
| Defendants. | : |

**CASTNER, U.S.D.J.**

Plaintiff, Darryl Parkman ("Plaintiff" or "Parkman"), is proceeding *pro se* and *in forma pauperis* with a civil rights Complaint filed pursuant to 42 U.S.C. § 1983. (*See* ECF 1.) Previously, this matter was administratively terminated as Plaintiff had failed to keep this Court apprised of his current address of record. (*See* ECF 23.) Subsequently, Plaintiff updated his address of record (*see* ECF 24) such that the Clerk will be ordered to reopen this case.

Typically, this Court at this time would screen Plaintiff's complaint. Before doing so though, this Court notes Plaintiff has submitted numerous "declarations," which this Court interprets as an attempt by Plaintiff to possibly amend his complaint. However, "neither Fed. R. Civ. P. 8, which governs pleadings, nor Fed. R. Civ. P. 15, which governs amended and supplemental pleadings, permits Plaintiff to submit numerous addenda to his Complaint in this piecemeal fashion." *See Lewis v. Sessions*, No. 17-5475, 2017 WL 7313822, at *2 (D.N.J. Nov. 3, 2017). Thus, prior to screening, this Court shall give Plaintiff a short period of time in which to file an all-inclusive proposed amended complaint (along with any relevant exhibits Plaintiff may wish to attach), that raises all the facts, allegations and claims Plaintiff wishes to raise against the

Defendants. Should Plaintiff not file a proposed amended complaint in the time allotted by this Court, this Court shall only screen the allegations set forth by Plaintiff in his original complaint.

Accordingly, IT IS on this 25th day of July, 2022,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that Plaintiff shall have thirty (30) days from the date of this Order in which to file a proposed all-inclusive proposed Amended Complaint should he elect to do so; Plaintiff's failure to file a proposed all-inclusive Amended Complaint within the time allotted shall mean Plaintiff's original Complaint (ECF 1) shall be the operative pleading in this case and shall be the only allegations this Court shall screen; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail: (1) this memorandum and order; and (2) a blank form to be used by a prisoner in filing a civil rights complaint.

*Georgette Castner*
GEORGETTE CASTNER
United States District Judge

2